UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The undersigned Assistant United States Attorney respectfully requests the

Clerk of Court to substitute the undersigned Assistant United States Attorney as

government co-counsel in regard to forfeiture proceedings in the above-styled cause,

on behalf of the United States of America, in lieu of Assistant United States Attorney

Suzanne C. Nebesky.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By:   s/James A. Muench
      JAMES A. MUENCH
      Assistant United States Attorney
      Florida Bar Number 472867
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      (813) 274-6000 – telephone
      E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system that will send a notice of electronic

filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney