UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal

Procedure 32.2(a), particularly alleges that the following assets are subject to

forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the

Indictment:

       a.    An order of forfeiture in the amount of at least $1,000,000, which is the amount the defendants obtained as a result of the commission of the offenses charged in Counts One through Eight;

       b.    Approximately $237,525.66 in funds from Bank Account number 5211-9694, held in the name of Gregory Davis at Wells Fargo Advisors, Tallahassee, FL; and

c.   Approximately $23,150.50 in funds from Bank Account number 7699-8079, held in the name of Gregory Davis at Wells Fargo Advisors, Tallahassee, FL.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney


By:   *s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
Florida Bar Number 472867
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney

2