UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

                                        CASE NO. 8:24-cr-236-VMC-SPF

v.

GREGORY DAVIS

_____/

MOTION TO APPEAR REMOTELY AT JUNE 11 2026 STATUS
CONFERENCE

COMES NOW the Defendant, GREGORY DAVIS, by and through

undersigned counsel, moves this court to authorize undersigned counsel to

appear remotely at the June 11 2026 status conference. Undersigned Counsel

is in trial in State v Terry Stephens, a murder trial, in Hillsborough County

starting June 8, 2026 and the trial is expected to take most of the week.

Given that the case is supposed to begin trial June 22, it would be

inappropriate to find coverage. The Government does not oppose the proposed

relief.

       Respectfully submitted this 3rd day of June, 2026.

                              /s Christopher DeLaughter
                              CHRISTOPHER DELAUGHTER ESQUIRE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of June, 2026 a true

and correct copy of the foregoing was provided via CMECF to counsel for the

Government.

/s Christopher DeLaughter
CHRISTOPHER DELAUGHTER ESQUIRE
506 N. Armenia Ave
Tampa, FL 33609
813 467 9714
attorneydelaughter@gmail.com
FBN 0039629