UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.   8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

**NOTICE OF INTENT TO RELY ON RECORDS OF REGULARLY
CONDUCTED ACTIVITY UNDER FEDERAL RULE OF EVIDENCE 902**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby notifies Counsel for the Defendants and this

Honorable Court that the Government has obtained voluminous financial records

from various financial institutions, such as Bank of America, Wells Fargo, JPMorgan

Chase, and others. These records have all been certified as true and accurate by duly

authorized custodians of the various companies. The records and the certifications

have been provided to the Defendants in discovery. The government has also provided

summary charts that summarize the financial data contained in the underlying records.

At trial, the government intends to introduce the financial records into evidence,

pursuant to Federal Rule of Evidence 902(11) and/or 902(13), and the summary

charts, pursuant to Rule 1006.

Therefore, the government hereby gives notice of its intent to admit records of regularly conducted activity during the trial of this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Tyrie K. Boyer
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

2

**U.S. v. James Roberts and Gregory Davis**          **Case No. 8:24-cr-236-VMC-SPF**

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Counsel for Defendants

/s/ Tyrie K. Boyer
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

4