UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                             CASE NO. 8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

### UNITED STATES' PROPOSED VOIR DIRE

The United States of America hereby requests the Court to ask the following

questions of the jury panel during jury selection.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ Tyrie K. Boyer
        Tyrie K. Boyer
        Assistant United States Attorney
        Florida Bar No.: 0124940
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6358
        E-mail: tyrie.boyer@usdoj.gov

**U.S. v. ROBERTS ET AL**                    **Case No. 8:24-cr-236-VMC-SPF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

> Laura Hastay, Esq.
> Christopher DeLaughter, Esq.


By:   */s/ Tyrie K. Boyer*
      Tyrie K. Boyer
      Assistant United States Attorney
      Florida Bar No.: 0124940
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: tyrie.boyer@usdoj.gov

2

## <u>REQUESTED VOIR DIRE NO. 1</u>

Please state your full name.

What is your occupation?  If you are retired or not currently working, please state what your last employment was.

How far did you go in school?  If you attended college, what school and what degrees did you receive?  What was your major?

Are you married?

Is your spouse employed?  If so, what type of work does he or she do?

Do you have any children?

If so, how many and what do they do?

## **REQUESTED VOIR DIRE NO. 2**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?  Where?

What type of case did you sit as a juror in?

Were you the foreperson?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges.  Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

4

## <u>REQUESTED VOIR DIRE NO. 3</u>

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, or any state or other federal law enforcement agency?  If so, who do you know?  What does that person do?  What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

## **REQUESTED VOIR DIRE NO. 4**

Have you, any member of your family, or close friend, ever been the victim or a witness of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendants and to the United States?

## **REQUESTED VOIR DIRE NO. 5**

Have you or any family member, relative, or close friend ever been investigated, arrested, charged, or convicted of any crime?  If so, what was the crime?  What was the outcome of the case?  Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

Do you or any member of your family, close friend, or acquaintance have any matter pending before a Court in which you or they are involved as a party, witness, or subject of some legal action?  If so, please explain what type of matter it is and what your involvement in it is.

**REQUESTED VOIR DIRE NO. 6**

Does any member of the jury panel have any strong feelings or opinions concerning law enforcement, including the Federal Bureau of Investigation, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Is there any member of the jury panel who believes that law enforcement officers are either less truthful or more truthful than other individuals? Can you all assure the Court and counsel for all parties that you will evaluate the testimony of any law enforcement witness fairly and without any bias or prejudice.

## <u>REQUESTED VOIR DIRE NO. 7</u>

Does any member of the jury panel have any strong positive or negative feelings or opinions concerning the United States government, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

## **<u>REQUESTED VOIR DIRE NO. 8</u>**

Has any member of the jury panel ever engaged in private investments, that is, investments of money or assets that are not traded on public stock exchanges, aiming for high returns or income generation?

Is anyone on the jury panel aware of a family member or close friend that has engaged in a private investment?

Is there anything in the experience you, your family, or close friend went through with respect to engaging in private investments that could in any way affect your ability to be a fair and impartial juror with respect to the crimes charged in the Indictment?

## <u>REQUESTED VOIR DIRE NO. 9</u>

Has any member of the jury panel ever been employed by a financial institution, which includes a bank, credit union, or insurance firm? If so, what were your duties while employed at the financial institution?

Is anyone on the jury panel aware of a family member or close friend that has worked for a financial institution?  If so, what were their duties while employed at the financial institution?

Is there anything in the experience you, your family, or close friend went through while employed by a financial institution that could in any way affect your ability to be a fair and impartial juror with respect to the crimes charged in the Indictment?

## <u>REQUESTED VOIR DIRE NO. 10</u>

Has any member of the jury panel ever received training in the field of financial analysis or been employed as a financial analyst, accountant, or other similar occupation?

Is anyone on the jury panel aware of a family member or close friend that has been employed as a financial analyst, etc.?

Is there anything in the experience you, your family, or close friend went through as a trained or employed financial analyst that could in any way affect your ability to be a fair and impartial juror with respect to the crimes charged in the Indictment?

## REQUESTED VOIR DIRE NO. 11

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt? To put it another way, is there anyone here who feels that for any moral or religious reason he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against the Defendant or the United States?