UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, respectfully submits the following list of witnesses

to be called in the government's case-in-chief:

**Federal Bureau of Investigation**:

1.    Special Agent John Herman

2.    Forensic Accountant Gianine Lorie

**Records Custodians**:

3.    Wayne Foster, JP Morgan Chase Bank

4.    Dolores Rieta, JP Morgan Chase Bank

**Lay Witnesses**:

5.    Dana Drew

6.    Vanessa Lee

7.    Dean Whibley

8.    Farid Khormoji

9.    John Michael Dywan

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    /s/ Tyrie K. Boyer
       Tyrie K. Boyer
       Assistant United States Attorney
       Florida Bar No. 0124940
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:    (813) 274-6358
       E-mail: tyrie.boyer@usdoj.gov

2

**U.S. v. James Roberts and Gregory Davis**       **Case No. 8:24-cr-236-VMC-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel for Defendants

/s/ Tyrie K. Boyer
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

3