UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          Case No. 8:24-cr-236-VMC-SPF

      Plaintiff,      ☐
      Government      ☒      ☐ Evidentiary
                        ☒ Trial
v.                        ☐ Other

JAMES ROBERTS and
GREGORY DAVIS

      Defendant      ☒

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 101 | | | | Summary Chart Dana Drew |
| 102 | | | | June 10, 2019 Email Chain (Drew DL for Membership Application) |
| 103 | | | | June 11, 2019 Email Chain (Membership Application Sent); **(Count Two)** |
| 104 | | | | Membership and Deposit Agreement ("MDA") (Attached in Ex. 103); **(Count Two)** |
| 105 | | | | June 11, 2019 Email Chain (MDA Signed) |
| 106 | | | | Signed MDA (Attached in Ex. 105) |
| 107 | | | | June 18, 2019 Email (Drew Request for Update) |

Case No.: 8:24-cr-236-VMC-SPF                                    Page 2 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 108 | | | | July 3, 2019 Email (Promissory Note sent to Drew); (**Count Four)** |
| 109 | | | | Promissory Note (Attached in Ex. 108); (**Count Four)** |
| 110 | | | | August 20, 2019 Email (Roberts to Drew re: waiting on documents for insurance) |
| 111 | | | | **Reserved** |
| 112 | | | | Sapphire Bank "View Account" Document (Emailed from Roberts to Drew on March 11, 2020); (**Count Seven)** |
| 113 | | | | January 4, 2021 Email Chain (Drew requesting update) |
| 114 | | | | Letter to Defendants from Drew (Attached in Ex. 113) |
| 115 | | | | February 22, 2021 Email Chain (Davis to Drew re: wire transfer) |
| 116 | | | | July 14, 2021 Email Chain (Roberts to Drew re: delay) |
| 117 | | | | September 24, 2021 Email Chain (Davis to Drew re: delay) |
| 118 | | | | September 30, 2021 Email Chain (Roberts two emails to Drew re: delay) |
| 119 | | | | BOA acct. x9905 (Aegis/Davis) $10,000 wire on July 3, 2019 and $15,000 wire on July 22, 2019 (**Counts Three and Five)** (clip of Ex. 126a; p. 11 of 24) |

Case No.: 8:24-cr-236-VMC-SPF                                    Page 3 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 120 | | | | JPMC acct. x6794 (Monex/Roberts) $10,000 wire on July 3, 2019 and $15,000 wire on July 22, 2019 (**Counts Three and Five**) (clip of Ex. 130a; p. 37 of 72) |
| 121 | | | | Wells Fargo acct. x8079 (Davis) $12,500 wire (from statement records) on October 29, 2019 (**Count 6**) (clip of Ex. 128a; p. 8 of 561) |
| 121a | | | | Wells Fargo acct. x8079 (Davis) $12,500 wire (from wire records) on October 29, 2019 (**Count 6**) (clip of Ex. 128b; p. 170 of 232) |
| 122 | | | | MFCU acct. x3704 (Roberts) $12,500 wire on October 29, 2019 (**Count 6**) (clip of Ex. 131a; p. 3 of 30) |
| 123 | | | | Wells Fargo acct. x8079 (Davis) $6800 wire (from statement records) on March 27, 2020 (**Count 8**) (clip of Ex. 128a; p. 62 of 561) |
| 123a | | | | Wells Fargo acct. x8079 (Davis) $6800 wire (from wire records) on March 27, 2020 (**Count 8**) (clip of Ex. 128b; p. 152 of 232) |
| 124 | | | | MFCU acct. x3704 (Roberts) $6800 wire on March 27, 2020 (**Count 8**) (clip of Ex. 131a; p. 25 of 30) |
| 125a | | | | Davis BOA Account Records 3266 (Statements) |
| 125b | | | | Davis BOA Account Records 3266 (Wires) |
| 125c | | | | Davis BOA Account Records 3266 (Signature Card) |

Case No.: 8:24-cr-236-VMC-SPF                                   Page 4 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 125d | | | | Davis BOA Account Records 3266 (Certification) |
| 126a | | | | Davis BOA Account Records 9905 (Statements) |
| 126b | | | | Davis BOA Account Records 9905 (Wires) |
| 126c | | | | Davis BOA Account Records 9905 (Signature Card) |
| 126d | | | | Davis BOA Account Records 9905 (Certification) |
| 127a | | | | Davis Key Bank Account Records 8502 (Statements Oct. 2019–June 2020) |
| 127b | | | | Davis Key Bank Account Records 8502 (Signature Card) |
| 127c | | | | Davis Key Bank Account Records 8502 (Certifications) |
| 128a | | | | Davis WF Account Records 8079 (Statements Oct. 2019–Dec. 2022) |
| 128b | | | | Davis WF Account Records 8079 (Signature Card and Wires) |
| 128c | | | | Davis WF Account Records 8079 (Certifications) |
| 129a | | | | Hogan Willig Citizens Bank Account Records 8078 (Statement June 2019) |
| 129b | | | | Hogan Willig Citizens Bank Account Records 8078 (Wires) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 129c | | | | Hogan Willig Citizens Bank Account Records 8078 (Signature Card) |
| 129d | | | | Hogan Willig Citizens Bank Account Records 8078 (Certification) |
| 130a | | | | Roberts JPMC Account Records 6794 (Statements Jan. 2019–Oct. 2019) |
| 130b | | | | Roberts JPMC Account Records 6794 (Wires) |
| 130c | | | | Roberts JPMC Account Records 6794 (Signature Card) |
| 130d | | | | Roberts JPMC Account Records 6794 (Certifications) |
| 131a | | | | Roberts MFCU Account Records 3704 (Statements Sep. 2019–April 2020) |
| 131b | | | | Roberts MFCU Account Records 3704 (Signature Cards) |
| 131c | | | | Roberts MFCU Account Records 3704 (Certification) |
| 132a | | | | Davis Wells Fargo (Fidelity Investments) Collateral Account 9694 (Statements July 2020–June 2022) |
| 132b | | | | Davis Wells Fargo (Fidelity Investments) Collateral Account 9694 (Signature Card) |
| 132c | | | | Davis Wells Fargo (Fidelity Investments) Collateral Account 9694 (Certification) |
| 201 | | | | Summary Chart Park Lane Group |

Case No.: 8:24-cr-236-VMC-SPF                                Page 6 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 202 | | | | Summary Chart Park Lane Group (Wedding Expenses) |
| 202a | | | | Wedding Website (redacted) |
| 202b | | | | Facebook Photos of Wedding (redacted) |
| 203 | | | | Paymaster Agreement with Edelin signed January 24, 2023 |
| 204 | | | | **Reserved** |
| 205 | | | | Bountiful Assurance Agreement |
| 206a | | | | Audio Recording February 8, 2024 (Phone Call Lee and Davis) |
| 206b | | | | Transcript of 2/8/24 phone call |
| 206c | | | | Combined Recording and Transcript 2/8/24 call |
| 207a | | | | Audio Recording February 14, 2024 (Phone Call Lee and Davis) |
| 207b | | | | Transcript of 2/14/24 phone call |
| 207c | | | | Combined Recording and Transcript 2/14/24 call |
| 208a | | | | Audio Recording February 20, 2024 (Phone Call Lee and Davis) |

Case No.: 8:24-cr-236-VMC-SPF                                    Page 7 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 208b | | | | Transcript of 2/20/24 phone call |
| 208c | | | | Combined Recording and Transcript 2/20/24 call |
| 209 | | | | February 8, 2024 Email Davis to Lee re: response to text |
| 210 | | | | February 14, 2024 Email Davis to Lee re: repayments |
| 211 | | | | February 26, 2024 Email Davis to Lee re: funds deployed and recovery from Belser |
| 212a | | | | Davis Wells Fargo Account Records 8079 (Statements Jan. 2023–Oct. 2024) |
| 212b | | | | Davis Wells Fargo Account Records 8079 (Wires incoming June 2023–Dec. 2023) |
| 212c | | | | Davis Wells Fargo Account Records 8079 (Wires outgoing June 2023–Dec. 2023) |
| 212d | | | | Davis Wells Fargo Account Records 8079 (Wires Jan. 2024–April 2024) |
| 212e | | | | Davis Wells Fargo Account Records 8079 (Wires April 2024–Oct. 2024) |
| 212f | | | | Davis Wells Fargo Account Records 8079 (Signature Cards) |
| 212g | | | | Davis Wells Fargo Account Records 8079 (Certifications) |
| 213a | | | | Edelin BOA Account Records 2615 (Statements Jan. 2023–Feb. 2024) |

Case No.: 8:24-cr-236-VMC-SPF                    Page 8 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 213b | | | | Edelin BOA Account Records 2615 (Signature Card) |
| 213c | | | | Edelin BOA Account Records 2615 (Certification) |
| 301 | | | | Summary Chart Dean Whibley |
| 302 | | | | February 27, 2019 Email Davis, Roberts, Ramos, Whibley (re: investment agreement) |
| 303 | | | | March 17, 2020 Email from Davis to Whibley and Roberts (re: return of funds and insurance) |
| 304 | | | | SAG Deposit Guarantee (Insurance Agreement) |
| 305 | | | | Screenshot of Text Messages between Whibley and Davis |
| 305a | | | | Sapphire Bank Account Email sent to Whibley by Ramos |
| 305b | | | | Sapphire Bank Account Screenshots sent by Ramos |
| 305c | | | | Contact and Text Message Chain between Davis and Whibley |
| 305d | | | | What's App Messages between Davis and Whibley |
| 306a | | | | Davis BOA Account Records 6418 (Statements Jan. 2019–Nov. 2019) |
| 306b | | | | Davis BOA Account Records 6418 (Wires Oct. 2018–Apr. 2019) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 306c | | | | Davis BOA Account Records 6418 (Wires May 2019–Nov. 2019) |
| 306d | | | | Davis BOA Account Records 6418 (Signature Card) |
| 306e | | | | Davis BOA Account Records 6418 (Certifications) |
| 307a | | | | Hogan Willig Citizens Bank Account Records 8078 (Statement Jan. 2019) |
| 307b | | | | Hogan Willig Citizens Bank Account Records 8078 (Signature Card) |
| 307c | | | | Hogan Willig Citizens Bank Account Records 8078 (Certification) |
| 401 | | | | Summary Chart Jaberi Khormoji |
| 402 | | | | Management and Deposit Agreement |
| 403 | | | | Addendum to Management and Deposit Agreement |
| 403a | | | | Email of Insurance Confirmation with Alan Hanke |
| 404 | | | | Email Chain with Khormoji and Davis (re: Aegis providing funding) |
| 405a | | | | Davis BOA Account Records 6418 (Statements Nov.–Dec. 2018) |
| 405b | | | | Davis BOA Account Records 6418 (Wires Oct. 2018–April 2019) |

Case No.: 8:24-cr-236-VMC-SPF                                          Page 10 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 405c | | | | Davis BOA Account Records 6418 (Signature Card) |
| 405d | | | | Davis BOA Account Records 6418 (Certification) |
| 406a | | | | Hogan Willig Citizens Bank Account Records 8078 (Statement Nov. 2018) |
| 406b | | | | Hogan Willig Citizens Bank Account Records 8078 (Signature Card) |
| 406c | | | | Hogan Willig Citizens Bank Account Records 8078 (Certification) |
| 407a | | | | S.M.R. BOA Account Records 3545 (Statement Nov. 2018) |
| 407b | | | | S.M.R. BOA Account Records 3545 (Wires Oct. 2018–Feb. 2019) |
| 407c | | | | S.M.R. BOA Account Records 3545 (Signature Card) |
| 407d | | | | S.M.R. BOA Account Records 3545 (Certification) |
| 501 | | | | Summary Chart John Dywan |
| 502 | | | | Dywan Split Agreement and Commission (November 16, 2020) |
| 503 | | | | SBLC Deed of Agreement (November 16, 2020) |
| 504 | | | | SBLC Trade Summary Document (Aug. 7, 2020) |

Case No.: 8:24-cr-236-VMC-SPF                                    Page 11 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 505 | | | | Email from Davis (re: updated report) |
| 505a | | | | Email from Davis re: Swift verification |
| 505b | | | | Attachment to 505a |
| 506a | | | | Davis Key Bank Account Records 9887 (Statements Nov. 2020–Dec. 2020; Wires Aug.–Dec. 2020) |
| 506b | | | | Davis Key Bank Account Records 9887 (Signature Card) |
| 506c | | | | Davis Key Bank Account Records 9887 (Certifications) |
| 601 | | | | Summary Chart Bountiful Assurance |
| 602a | | | | Bountiful Assurance BOA Account Records 1533 (Statement Jan. 2022–Mar. 2024) |
| 602b | | | | Bountiful Assurance BOA Account Records 1533 (Wires Feb. 2022–March 2024) |
| 602c | | | | Bountiful Assurance BOA Account Records 1533 (Signature Card) |
| 602d | | | | Bountiful Assurance BOA Account Records 1533 (Certification) |
| 701 | | | | Summary Chart Mark McCarter |
| 702a | | | | Davis Wells Fargo Account Records 8079 (Statements June 2023–Oct. 2024) |

Case No.: 8:24-cr-236-VMC-SPF                                          Page 12 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 702b | | | | Davis Wells Fargo Account Records 8079 (Wires incoming June 2023–Dec. 2023) |
| 702c | | | | Davis Wells Fargo Account Records 8079 (Wires outgoing June 2023–Dec. 2023) |
| 702d | | | | Davis Wells Fargo Account Records 8079 (Wires Jan. 2024–April 2024) |
| 702e | | | | Davis Wells Fargo Account Records 8079 (Wires April 2024–Oct. 2024) |
| 702f | | | | Davis Wells Fargo Account Records 8079 (Signature Cards) |
| 702g | | | | Davis Wells Fargo Account Records 8079 (Certification) |
| 801a | | | | Aegis Domain Subscriber Records |
| 801b | | | | Aegis Domain Subscriber Records Certification |
| 802a | | | | Roberts Gmail Subscriber Records (drjcroberts) |
| 802b | | | | Roberts Gmail Subscriber Records (Certification) |
| 803a | | | | Charter Communications IP Addresses Subscriber Records (Roberts) |
| 803b | | | | Charter Communications IP Addresses Subscriber Records Certification (Roberts) |
| 804a | | | | Davis Gmail Subscriber Records (gldavis2999) |

Case No.: 8:24-cr-236-VMC-SPF                                    Page 13 of 13

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 804b | | | | Davis Gmail Subscriber Records (gldavislaw) |
| 804c | | | | Davis Gmail Subscriber Records (Certification) |
| 805 | | | | Charter Communications IP Addresses Subscriber Records with Certification (Davis) |
| 806 | | | | Gmail Server Locations with Certification |
| 807 | | | | Wells Fargo Server Locations with Certification |
| 808 | | | | MFCU Server Location with Certifications (certified by Fiserv) |