UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

     v.                                CASE NO.  8:24-cr-236-VMC-SPF

JAMES ROBERTS and
GREGORY DAVIS

**SUPPLEMENTAL NOTICE OF INTENT TO RELY ON RECORDS OF REGULARLY CONDUCTED ACTIVITY UNDER FEDERAL RULE OF EVIDENCE 902**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies Counsel for the Defendants and this Honorable Court that the Government has obtained certified records of subscriber information from Google, and Charter Communications, and server location information from Wells Fargo and Mid-Florida Credit Union (through Fiserv, as described in the discovered records). These records have all been certified as true and accurate by duly authorized custodians of the various companies. The records and the certifications have been provided to the Defendants in discovery. At trial, the government intends to introduce the above-described records into evidence, pursuant to Federal Rule of Evidence 902(11) and/or 902(13).

Therefore, the government hereby gives supplemental notice of its intent to admit records of regularly conducted activity during the trial of this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Tyrie K. Boyer
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

2

**U.S. v. James Roberts and Gregory Davis**        **Case No. 8:24-cr-236-VMC-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel for Defendants

/s/ Tyrie K. Boyer
Tyrie K. Boyer
Assistant United States Attorney
Florida Bar No.: 0124940
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: tyrie.boyer@usdoj.gov

3

4