UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:24-cr-236-VMC-SPF | | DATE: | June 22, 2026 |
|---|---|---|---|---|
| HONORABLE VIRGINIA M. COVINGTON | | | INTERPRETER: | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAMES ROBERTS**<br>**GREGORY DAVIS** | | | LANGUAGE: | |
| | | | GOVERNMENT COUNSEL<br>Tyrie Boyer, AUSA | |
| | | | DEFENSE COUNSEL<br>Laura Hasty & Ryan Maguire, AFPD<br>Christopher DeLaughter, CJA | |
| COURT REPORTER: Sharon Miller | | | DEPUTY CLERK: | Derek Young /<br>Gabriella Lobaina |
| TIME: | 8:56 AM – 10:55 AM<br>11:09 AM – 12:40 PM | 1:14 PM – 2:22 PM<br>2:31 PM – 3:56 PM<br>4:08 PM – 5:00 PM | TOTAL: 6 Hours 55 Minutes | |
| | | | COURTROOM: | 14B |

**PROCEEDINGS:   JURY SELECTION/TRIAL DAY 1**

All parties present and identified for the record.

The Court discusses pretrial matters with counsel.

The Court orally grants (Doc.127).

The Court orally denies (Doc.122) as moot.

The Court discusses (Doc.123), (Doc. 126), and (Doc. 128) Motions in Limine with counsel.

The Court orally denies (Doc.128), (Doc.123),

The Court orally grants in part and denies and part (Doc.126).

Court begins voir dire.

Jury selected.

Defense Invokes rule of witness sequestration.

Government gives opening statement.

Defense reserves opening statement.

**Government Witness 1:** Gianine Lorie, Forensic Accountant (Sworn). Direct examination by Tyrie Boyer,

AUSA. Cross examination by Ryan Maguire, AFPD. Cross examination by Christopher Delaughter, CJA.

**Government Witness 2:** Dana Drew, Lay Witness (Sworn). Direct examination by Tyrie Boyer, AUSA.

Court adjourned.