UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:24-cr-236-VMC-SPF | | DATE: | June 23, 2026 |
|---|---|---|---|---|
| HONORABLE VIRGINIA M. COVINGTON | | | INTERPRETER: | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAMES ROBERTS**<br>**GREGORY DAVIS** | | | LANGUAGE: | |
| | | | GOVERNMENT COUNSEL<br>Tyrie Boyer, AUSA | |
| | | | DEFENSE COUNSEL<br>Laura Hasty & Ryan Maguire, AFPD<br>Christopher DeLaughter, CJA | |
| COURT REPORTER: Sharon Miller | | | DEPUTY CLERK: | Gabriella Lobaina |
| TIME: | 9:06 AM – 10:28 AM<br>10:40 AM – 12:05 PM | 1:03 PM – 2:54 PM<br>3:05 PM – 4:56 PM | TOTAL: 6 Hours 29 Minutes | |
| | | | COURTROOM: | 14B |

**PROCEEDINGS:  JURY TRIAL DAY 2**

All parties present and identified for the record.

The court discusses pretrial matters with counsel.

The court orally grants Government's Motion to Seal trial exhibits.

**Government Witness 2:** Dana Drew, Lay Witness (Sworn). Direct examination by Tyrie Boyer, AUSA. Cross examination by Laura Hastay, AFPD. Cross examination by Christopher DeLaughter, CJA. Redirect examination by Tyrie Boyer, AUSA.

**Government Witness 3:** Vanessa Lee, Lay Witness (Sworn). Direct examination by Tyrie Boyer, AUSA. Cross examination by Laura Hastay, AFPD. Cross examination by Christopher DeLaughter, CJA.

**Government Witness 4:** John Herman, Special Agent (Sworn). Direct examination by Tyrie Boyer, AUSA. Cross examination by Laura Hastay, AFPD.

Court adjourned.