UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:24-cr-236-VMC-SPF

JAMES ROBERTS

## VERDICT

**Count One of the Indictment**

As to the offense of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Two of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Three of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Four of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Five of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Six of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

**Count Seven of the Indictment**

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant, JAMES ROBERTS:

Guilty _____          Not Guilty ___X_____

2

## Count Eight of the Indictment

As to the offense of wire fraud, in violation of 18 U.S.C. § 1343,

We, the Jury, find the defendant JAMES ROBERTS:

Guilty _____X_____          Not Guilty _____

SO SAY WE ALL, this _25_ day of ___June_____ 2026.

FOREPERSON

3