# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:24-cr-236-VMC-SPF | **DATE:** June 25, 2026 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | **COURTROOM:** 14B |
| **UNITED STATES OF AMERICA**<br><br>**v.** | **GOVERNMENT'S COUNSEL**<br>Tyrie Boyer |
| **JAMES ROBERTS GREGORY DAVIS** | **DEFENSE COUNSEL**<br>Laura Hastay and Ryan Maguire<br>Christopher Delaughter |
| **COURT REPORTER:** Sharon Miller | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 9:03 a.m.–9:55 a.m.<br>10:00 a.m.–10:58 a.m.<br>11:11 a.m.–11:42 a.m.<br>12:30 p.m.–12:33 p.m.<br>1:23 p.m.–3:11 p.m.<br>3:20 p.m.–3:52 p.m.<br>4:46 p.m.–4:54 p.m.<br>5:10 p.m.–5:39 p.m. | **TOTAL:** 5 hours, 21 minutes |

## PROCEEDINGS: JURY TRIAL (DAY FOUR)

- Gregory Davis' opening statement

- James Roberts' opening statement

- Defense counsel for Gregory Davis calls Gregory Davis for direct examination.

- United States' cross examination of Gregory Davis

- No cross examination from James Roberts

- Defense counsel's redirect examination of Gregory Davis

- Gregory Davis rests.

- James Roberts rests.

- No rebuttal from United States

- Jury instructions discussed

- Both defendants' renewed oral motions for judgments of acquittal are DENIED.

- United States' closing argument

- James Roberts' closing argument

- Gregory Davis' closing argument

- United States' rebuttal

- The Court instructs the jury and reviews the verdict form.

- Alternate juror excused

- The jury begins deliberations.

- A verdict is reached.

- Verdict published

- Jury polled

- James Roberts is found Guilty of Counts 1–6 and 8.

- Gregory Davis is found Guilty of Counts 1–6 and 8.

- Jury is dismissed.

- The sentencing is scheduled for September 23, 2026, at 10:00 a.m.

- The defendants are remanded into the custody of the United States Marshals to await sentencing.

- Court adjourned