**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                      Case No.: 8:24-cr-236-VMC-SPF

JAMES ROBERTS

_____

### ADJUDICATON OF GUILT AND SCHEDULING ORDER

On June 25, 2026, a jury found James Roberts Guilty of Counts One, Two, Three, Four, Five, Six, and Eight of the Indictment.

Accordingly, it is **ORDERED** and **ADJUDGED**:

1.    That the defendant, James Roberts, be adjudicated guilty as to Counts One, Two, Three, Four, Five, Six, and Eight.

2.    That sentencing be scheduled for **September 23, 2026, at 10:00 AM**, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida. Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Gretchen O'Brien at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.

3.    Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

**DONE** and **ORDERED** in Tampa, Florida 26th day of June 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE