**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:24-cr-236-VMC-SPF

JAMES ROBERTS

_____

### JUDGMENT OF ACQUITTAL ON COUNT SEVEN

James Roberts was tried before a jury on Counts One through Eight of the Indictment. On June 26, 2026, the jury returned a verdict of Not Guilty as to Count Seven. Accordingly, James Roberts is not guilty of the offense charged against him in Count Seven, and he is discharged as to Count Seven.

**DONE** and **ORDERED** in Tampa, Florida 26th day of June 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE