IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

PLAINTIFF

v.

JAMES ROBERTS,

DEFENDANT

CASE NO.: 8:24-Cr-236-VCM-SPF

JUL 22 2026 AM 11:36
FILED - USDC - FLMD - TPA

NOTICE OF APPEAL

COMES NOW THE DEFENDANT, ACTING PRO·SE (AT PRESENT), AND
HEREBY NOTICES THIS HONORABLE COURT OF HIS INTENT TO APPEAL
THE VERDICT OF GUILTY HANDED DOWN BY THE JURY IN THIS CASE
ON JUNE 25, 2026. DEFENDANT FURTHER NOTICES THE COURT AND ALL
PARTIES OF HIS PRESERVATION OF ALL CONSTITUTIONAL, COURT, AND
OTHER RIGHTS TO AND INVOLVED WITH HIS APPEAL AND ITS PROCESS.

RESPECTFULLY,

July 15, 2026

DATE

JAMES ROBERTS, DEFENDANT - PRO·SE

DOCKET # 2037219

PINELLAS COUNTY JAIL

14400 49TH ST. N.

CLEARWATER, FL 33762

DECLARATION OF INMATE FILING

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

PLAINTIFF

v.                              CASE NO.: 8:24-Cr-VCM-SPF

JAMES ROBERTS,

DEFENDANT

I AM AN INMATE AT THE PINELLAS COUNTY JAIL IN CLEARWATER, FL, TODAY, JULY 15, 2026, I AM DEPOSITING THE "NOTICE OF APPEAL," IN THIS CASE INTO THE FACILITY'S MAIL SYSTEM AS PER FACILITY PROTOCOL. FIRST CLASS POSTAGE IS PROVIDED BY ME, THE DEFENDANT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT (SEE 28 U.S.C. §1746; 18 U.S.C. §1621).

JAMES ROBERTS, DEFENDANT

JULY 15, 2026

DATE

P2
OF 2

James Roberts
DC #2037219
Pinellas County Jail
14400 49th St N
Clearwater, FL 33762

Screened by USMS

TAMPA FL 335

20 JUL 2026 PM 7 L

FOREVER / USA

LEGAL MAIL

US DISTRICT COURT - MIDDLE DISTRICT OF FL
FEDERAL COURTHOUSE
ATTN: CLERK OF THE COURT
801 N. FLORIDA AVE
TAMPA, FL 33602

LEGAL MAIL

33602-380099

*TIME SENSITIVE MOTION ENCLOSED*



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022