IN THE UNITED STATES DISTRICT

COURT FOR THE MIDDLE DISTRICT OF FLORIDA

JUL 22 2026 AM 11:34
FILED - USDC - FLMD - TPA

UNITED STATES,

PLAINTIFF

v                                    CASE NO: 8:24-CR-VCM-SPF

JAMES ROBERTS,

DEFENDANT

MOTION TO RECONSIDER PRE-SENTENCE/

POST-CONVICTION DETENTION

COMES NOW THE DEFENDANT, JAMES ROBERTS, ACTING PRO SE, AND PRAYS THIS HONORABLE COURT TO RECONSIDER ITS DETENTION ORDER ENTERED POST (JURY) CONVICTION / PRE-SENTENCING, ON JUNE 5, 2026. DEFENDANT MOVES AND FURTHER PRAYS THIS COURT TO ENTER ITS ORDER TO REINSTATE HIS ORIGINALLY IMPOSED POST-ARREST / PRETRIAL "RELEASE-ON-OWN-RECOGNIZANCE" CONDITIONS, IMPOSED BY THE U.S. MAGISTRATE, PENDENDING SENTENCING AND FORTHCOMING APPEAL, AND WOULD STATE THE FOLLOWING AS GOOD AND JUST GROUNDS AND EXCEPTIONAL CONDITIONS:

GROUNDS

. DEFENDANT WAS GRANTED PRETRIAL "RELEASE-ON-OWN-RECOGNIZANCE" WITH NO ADDITIONAL CONDITIONS SUCH AS SURETY, GPS MONITORING, OR REPORTING TO U.S. PROBATION BY THE U.S. MAGISTRATE AT THE TIME OF HIS ARREST AND SUBSEQUENT FIRST APPEARANCE.

P. 1
OF 5

2. DEFENDANT WAS NOT FOUND TO BE A FLIGHT RISK, AT THE TIME OF HIS ARREST AND FIRST APPEARANCE, BY THE U.S. MAGISTRATE, NOR IS HE NOW.

DEFENDANT WAS NOT FOUND TO BE A DANGER TO REOFFEND, AT THE TIME OF HIS ARREST AND FIRST APPEARANCE, BY THE U.S. MAGISTRATE, NOR IS HE NOW.

DEFENDANT'S CIRCUMSTANCES HAVE NOT CHANGED IN ANY WAY, ESPECIALLY IN A WAY TO WARRANT SUCH A DRASTIC CHANGE TO HIS PRETRIAL RELEASE STATUS, WHETHER POST-CONVICTION OR PRE-SENTENCING.

DEFENDANT HAS NOT EXHIBITED ANY BEHAVIOR, SPECIFIC OR PATTERN, THAT WOULD RAISE ANY SUSPICIONS AS TO ORDER HIM TO BE DETAINED WHETHER POST-CONVICTION, PRE-SENTENCE, OR APPEAL.

DEFENDANT' CONTINUES TO HAVE EXTREMELY STRONG TIES TO THE TAMPA-BAY AREA AND HIS COMMUNITY ALONG WITH UNPARALLELED FAMILY AND COMMUNITY SUPPORT. DEFENDANT OWNS THREE (3) HOMES IN THE AREA, WHICH FURTHER SUBSTANTIATES HIS EXTREMELY STRONG TIES TO THE AREA.

DEFENDANT WAS NOT FOUND TO BE A THREAT OF ANY TYPE TO THE AREA NOR HIS COMMUNITY, AT THE TIME OF HIS ARREST AND FIRST APPEARANCE, BY THE U.S. MAGISTRATE, NOR IS HE NOW.

EXCEPTIONAL CIRCUMSTANCES:

• ABUSE OF DISCRETION: IT IS OF GREAT IMPORTANCE TO NOTE THAT AT THE CONCLUSION OF TRIAL PROCEEDINGS ON JUNE 25, 2026, JUDGE VIRGINIA M. HERNANDEZ-COVINGTON STATED THAT THE ONLY REASON SHE WAS REMANDING THE DEFENDANT TO PRE-SENTENCING DETENTION WAS BECAUSE HE DID NOT TAKE THE PLEA BARGAIN OFFERED TO HIM BY THE PROSECUTION, WHICH IN AND OF ITSELF IS NOT ONLY ABUSE OF DISCRETION, IT CONSTITUTES SEVERE PUNISHMENT FOR THIS, OR ANY OTHER DEFENDANT, FOR EXERCISING HIS / THEIR MOST BASIC AND FUNDAMENTAL CONSTITUTIONAL RIGHT TO A TRIAL BY JURY OF ONES PEERS AS WELL AS RAISES SERIOUS QUESTIONS OF VIOLATION OF DUE PROCESS.

• DEFENDANT HAS SIGNIFICANT AND WELL DOCUMENTED PHYSICAL HEALTH ISSUES THAT CANNOT BE PROPERLY ADDRESSED AND CARED FOR WHILE IN DETENTION.

• DEFENDANT IS A VETERAN WHO SUFFERS FROM PTSD AND OTHER MENTAL HEALTH ISSUES THAT CANNOT BE PROPERLY ADDRESSED AND CARED FOR WHILE IN DETENTION, AND HIS (WELL DOCUMENTED) PTSD HAS BEEN TRIGGERED BY HIS DETENTION.

• DEFENDANT'S PHYSICAL AND MENTAL HEALTH BEGAN AN IMMEDIATE DECLINE IMMEDIATELY UPON BEING HOUSED IN DETENTION, WHICH IS DOCUMENTED IN HIS HEALTH RECORDS AT THE PINELLAS COUNTY JAIL.

P. 3
OF 5

EXCEPTIONAL CIRCUMSTANCES - CON'T:

- DEFENDANT IS IN THE PROCESS OF APPEALING THE (JURY'S) VERDICT IN THIS MATTER ON JUNE 25, 2026.

- DEFENDANT IS IN THE PROCESS OF SEEKING FURTHER POST-CONVICTION RELIEF UNDER 28 U.S.C. § 2225

WHEREFORE, THE DEFENDANT, ACTING PRO-SE IN THIS MATTER, RESPECTFULLY PRAYS THIS HONORABLE COURT TO ENTER ITS ORDER REINSTATING DEFENDANT'S ORIGINAL PRETRIAL RELEASE STATUS OF "RELEASE ON OWN RECOGNIZANCE," HOWEVER SHOULD THE COURT BE WILLING TO RELEASE DEFENDANT BUT WITH ADDED RESTRICTIONS, SUCH AS: GPS MONITORING, REPORTING TO U.S. PROBATION, REASONABLE SURETY, OR A REASONABLE COMBINATION OF SOME CONDITIONS, DEFENDANT IS AMENABLE.

RESPECTFULLY SUBMITTED:

JAMES ROBERTS, DEFENDANT - PRO-SE

JULY 15, 2026
DATE

P 4
OF 5

DECLARATION OF INMATE FILING

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JUL 22 2026 AM 11:34
FILED - USDC - FLMD - TPA

UNITED STATES,

PLAINTIFF

v.                                    CASE NO.: 8:24-Cr-236-VCM-SPF

JAMES ROBERTS,

DEFENDANT

I AM AN INMATE AT THE PINELLAS COUNTY JAIL IN CLEARWATER, FL. TODAY, JULY 15, 2026, I AM DEPOSITING THE "MOTION TO RECONSIDER PRE-SENTENCE / POST-CONVICTION DETENTION," IN THIS CASE IN THE FACILITY'S MAIL SYSTEM AS PER FACILITY PROTOCOL. FIRST CLASS POSTAGE IS PROVIDED BY ME, THE DEFENDANT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT (SEE 28 U.S.C. §1746; 18 U.S.C. §1621).

JAMES ROBERTS, DEFENDANT

JULY 15, 2026

DATE

P5
OF 5

JAMES ROBERTS
DC # 2037219
PINELLAS COUNTY JAIL
14400 49TH ST N
CLEARWATER, FL 33762

TAMPA FL 335

20 JUL 2026 PM 7 L

FOREVER / USA

LEGAL MAIL

US DISTRICT COURT - MIDDLE DISTRICT OF FL
FEDERAL COURTHOUSE
ATTN: CLERK OF COURT
801 N. FLORIDA AVE
TAMPA, FL 33602

LEGAL MAIL

Screened by USMS

33602-380099

☆ TIME SENSITIVE MOTION ENCLOSED ☆



FSC

MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022