IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES,

PLAINTIFF

v.                                                         CASE NO.: 8:24-Cr-VCM-SPF

JAMES ROBERTS,

DEFENDANT

MOTION FOR CONTINUANCE

COMES NOW THE DEFENDANT, JAMES ROBERTS, ACTING PRO-SE IN THIS MATTER, AND MOVES THIS HONORABLE COURT FOR A CONTINUANCE FOR THE SENTENCING HEARING IN THIS MATTER, CURRENTLY SCHEDULED FOR SEPTEMBER 23, 2026 IN COURTROOM 14.B IN FRONT OF THE HONORABLE VIRGINIA M. HERNANDEZ-COVINGTON, AND WOULD STATE THE FOLLOWING AS GOOD AND JUST GROUNDS IN SUPPORT OF THIS MOTION:

1. DEFENDANT HAS FILED A PRO-SE MOTION TO DISCHARGE CURRENT COURT-APPOINTED COUNSEL AND SAID COUNSEL IS ATTORNEY OF RECORD FOR THE ABOVE-REFERENCED CASE, THEREFORE DEFENDANT REQUESTS TIME TO LOCATE, INTERVIEW, AND HIRE COUNSEL MORE SUITED FOR HIS CAUSE.

2. THE ABOVE-REFERENCED DATE CURRENTLY SET FOR THE SENTENCING HEARING IS THE FIRST TIME THIS MATTER HAS BEEN SET.

p. 1

OF 2

WHEREFORE, DEFENDANT PRAYS THIS HONORABLE COURT TO ENTER ITS ORDER TO CONTINUE THE SENTENCING HEARING, CURRENTLY SET FOR SEPTEMBER 23, 2026 FOR A MINIMUM OF 90 (NINETY) CALENDAR DAYS TO ALLOW DEFENDANT SUFFICIENT TIME TO RETAIN PROPER COUNSEL FOR HIS CAUSE.

RESPECTFULLY SUBMITTED,

8/6/26

DATE

JAMES ROBERTS, DEFENDANT

DECLARATION OF INMATE FILING

I AM AN INMATE AT THE PINELLAS COUNTY JAIL IN CLEARWATER, FL. TODAY, AUGUST 6, 2026, I AM DEPOSITING THIS "MOTION FOR CONTINUANCE" IN THIS CASE IN THE FACILITY'S MAIL SYSTEM, PER FACILITY PROTOCOL, FIRST CLASS POSTAGE IS PROVIDED BY ME, THE DEFENDANT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT (SEE 28 U.S.C. §1746; 18 U.S.C. §1621).

8/6/26

DATE

JAMES ROBERTS, DEFENDANT
DOCKET #729199
PINELLAS COUNTY JAIL

14400 49TH ST N

CLEARWATER, FL 33762

P.2
OF 2



JAMES ROBERTS
DOCKET # 729199
PINELLAS COUNTY JAIL
14400 49TH ST N
CLEARWATER, FL 33762

Screened by USMS

TAMPA FL 335
SAINT PETERSBURG FL
10 AUG 2026 PM 6 L

FOREVER / USA

LEGAL MAIL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FEDERAL COURTHOUSE
801 N FLORIDA AVE
TAMPA, FL 33602

LEGAL MAIL

33602-380099

*TIME SENSITIVE MOTION ENCLOSED*



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022