IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES,
PLAINTIFF

AUG 17 2026 PM1:31
FILED - USDC - FLMD - TPA

V

CASE NO.: 8:24-Cr-VCM-SPF

JAMES ROBERTS,
DEFENDANT

MOTION TO DISCHARGE CURRENT
COURT-APPOINTED COUNSEL

COMES NOW THE DEFENDANT, JAMES ROBERTS, ACTING PRO SE IN THIS MATTER AND MOVES THIS HONORABLE COURT TO FORMALLY AND IMMEDIATELY DISCHARGE HIS CURRENT COURT-APPOINTED COUNSEL, LAURA HASTAY, ESQ. OF THE OFFICE OF THE FEDERAL PUBLIC DEFENDER - MIDDLE DISTRICT OF FLORIDA, AND THE FEDERAL PUBLIC DEFENDER'S OFFICE, ET AL FROM THIS INSTANT CASE INCLUDING REPRESENTATION FOR ALL PAST, CURRENT, PENDING AND FUTURE MATTERS IN SAID CASE (AS CITED ABOVE), AND WOULD STATE THE FOLLOWING AS GOOD AND JUST GROUNDS IN SUPPORT OF THIS MOTION:

1. THERE ARE VERY DISTINCTIVE LACK OF COMMUNICATION ISSUES AT HAND BETWEEN COUNSEL AND DEFENDANT, DESPITE DEFENDANT'S REQUESTS FOR COMMUNICATION FROM AND WITH ATTORNEY HASTAY AND HER OFFICE, WHICH HAS RESULTED IN THE DEFENDANT LOSING ALL CONFIDENCE THAT COUNSEL WILL BE PREPARED FOR ANY MOTIONS AND/OR HEARINGS.

2. COUNSEL HAS NOT DISCUSSED, PREPARED, MUCH LESS FILED ANY POST (JURY TRIAL) CONVICTION / PRE-SENTENCE MOTIONS WITH OR FOR THE DEFENDANT, WHICH SHOWS COMPLETE DISREGARD TO HIS MULTIPLE REQUEST AND PLEAS TO EXHAUST ALL POSSIBLE AVENUES FOR RELIEF AND JUSTICE.

3. COUNSEL WAS ILL PREPARED FOR THE JURY TRIAL, EVIDENCED BY THE CONTINUOUS ESISTANCE THAT DEFENDANT TAKE A PLEA BARGAIN DESPITE HIS CONTINUED INSISTANCE OF INNOCENCE, WHICH OCCURRED UP TO THE DAY OF TRIAL, AND CONTINUES TO EXHIBIT A LACK OF ZEAL OR URGENCY TO PROPERLY PREPARE FOR DEFENDANT'S PROPER AND ADEQUATE REPRESENTATIONS, GUARANTEED HIM BY THE SIXTH AMMENDMENT OF THE U.S. CONSTITUTION, THUS CAUSING DEFENDANT TREMENDOUS, UNNECESSARY, AND UNDUE STRESS, ANGUISH, TRAUMA, AND A COMPLETE LOSS OF TRUST AND CONFIDENCE IN AND HOPE FOR JUSTICE, OR SIMPLY GOOD, ADEQUATE, AND PROPER REPRESENTATION.

4. PREVIOUS GROUNDS, ONE THROUGH THREE, LISTED HEREIN REPRESENT WHAT DEFENDANT CAN ONLY SUMMIZE AS IRRECONCILABLE DIFFERENCES BETWEEN THE TWO AND WITH THE CONTINUED LACK OF COMMUNICATION FROM ATTORNEY HASTAY, THIS FURTHER DEMONSTRATES DEFENDANT'S POINTS OF CONCERN.

WHEREFORE, THE DEFENDANT, JAMES ROBERTS, ACTING PRO. SE IN THIS MATTER RESPECTFULLY PRAYS THIS HONORABLE COURT TO ENTER ITS ORDER TO IMMEDIATELY DISCHARGE CURRENT COURT APPOINTED COUNSEL, LAURA HASTAY, ESQ., AND THE FEDERAL PUBLIC DEFENDER FROM THIS CASE, INCLUDING ALL PAST, CURRENT, PENDING, AND FUTURE MATTERS, AND ALLOW THE DEFENDANT ADEQUATE TIME TO LOCATE, INTERVIEW, AND RETAIN PROPER COUNSEL MORE SUITED FOR HIS CAUSE.

RESPECTFULLY SUBMITTED,

_______________________
DATE

JAMES ROBERTS, DEFENDANT
DOCKET # 729199
PINELLAS COUNTY JAIL
14400 49TH ST N
CLEARWATER, FL 33762

DECLARATION OF INMATE FILING

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES,
PLAINTIFF

V.

CASE NO: 8:24-Cr-VCM-SPF

JAME ROBERTS,
DEFENDANT

I AM (CURRENTLY) AN INMATE AT THE PINELLAS COUNTY JAIL IN CLEARWATER, FL, TODAY, AUGUST 5, 2026, I AM DEPOSITING THE "MOTION TO DISCHARGE CURRENT COURT-APPOINTED COUNSEL," INTO THE FACILITY'S MAIL SYSTEM PER FACILITY PROTOCOL, FIRST CLASS POSTAGE IS PROVIDED BY ME, THE DEFENDANT.

FURTHER, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT (SEE 28 U.S.C. § 1746,-18 U.S.C. § 1621).

JAMES ROBERTS, DEFENDANT

DATE

JAMES ROBERTS
DOCKET # 729199
PINELLAS COUNTY JAIL
14400 49TH ST N
CLEARWATER, FL 33762

TAMPA FL 335
SAINT PETERSBURG FL
13 AUG 2026 PM 7 L

Freedom 250
FOREVER / USA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FEDERAL COURTHOUSE
801 N. FLORIDA AVE
TAMPA, FL 33602

Screened by USMS

LEGAL MAIL

LEGAL MAIL

33602-380099

* TIME SENSITIVE MOTION ENCLOSED *

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022